PLAINTIFF'S EXHIBIT 3 (Blumberg No. 5199)

## DAMAGE CALCULATIONS FOR FERNANDO M. IZAGUIRRE

| Year | "Expense Reimbursements" | Rate | Overtime Hours | Shifted Hours | Total Overtime Hours | Overtime Premium | Overtime Wages Owed | Liquidated Damages (x3) | Total Damages |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | $240.00 | $16.00 | 15 | | 15 | $8.00 | $120.00 | $360.00 | $480.00 |
| 2018 | $192.00 | $16.00 | 12 | 4 | 16 | $8.00 | $128.00 | $384.00 | $512.00 |
| | $432.00 | | 27 | | 31 | | $248.00 | $744.00 | $992.00 |