UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FERNANDO M. IZAGUIRRE,

    *Plaintiff*,

  v.

HUNTER ALLIED OF MARYLAND, INC.,
*et al.*,

    *Defendants.*

No. 18-cv-965 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

    **ORDERED** that the plaintiff's Motion for Default Judgment, Dkt. 30, is **GRANTED**; it is further

    **ORDERED** that Fernando M. Izaguirre is awarded a monetary judgment against Hunter Allied of Maryland, Inc., and Bradford Q. Ott in the amount of $992.00, which consists of $248.00 for unpaid overtime wages and $744.00 for liquidated damages. It is further

    **ORDERED** that Hunter Allied of Maryland, Inc., its officers, agents, servants, employees, representatives, successors and assigns, and any persons acting on its behalf, and Bradford Q. Ott shall pay all contributions owed to Izaguirre. It is further

    **ORDERED** that the plaintiff's putative Rule 23 claims are dismissed. It is further

    **ORDERED** that the plaintiff shall file a motion for attorneys' fees and costs on or before November 22, 2019. If the defendants fail to comply with this order, the Court will retain jurisdiction for supplemental attorneys' fees and costs for post-judgment enforcement.

-2-

_____
DABNEY L. FRIEDRICH
United States District Judge

October 30, 2019